UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2021 MAR -2 P 4: 57

CLERK OF COURT

21-CR-047

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAURICE D. CURTIS,

    Defendant.

Case No. 21-CR

[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about September 23, 2019, in the State and Eastern District of Wisconsin,

**MAURICE D. CURTIS,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Taurus, model G2C, 9mm pistol, bearing serial number TLR68046, which, prior to his possession of the same, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**FORFEITURE NOTICE**

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant, Maurice D. Curtis, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to: a Taurus, model G2C, 9mm pistol, bearing serial number TLR68046.

A TRUE BILL:

FOREPERSON

Date: 3/2/2021

_for_ RICHARD G. FROHLING
Acting United States Attorney

2