UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.    Case No. 21-cr-0047-bhl

MAURICE D. CURTIS,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the verdict of guilty to the one-count Indictment on September 28, 2021, defendant Maurice D. Curtis shall forfeit his interest in the Taurus, model G2C, 9mm pistol, bearing serial number TLR68046, described in the forfeiture notice of the Indictment filed on March 2, 2021.

IT IS HEREBY ORDERED that all right, title and interest in the Taurus, model G2C, 9mm pistol, bearing serial number TLR68046, is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

IT IS FURTHER ORDERED that the above-listed item shall be seized by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, the United States Marshals Service, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin on October 21, 2021.

    s/ *Brett H. Ludwig*
    BRETT H. LUDWIG
    United States District Judge