UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

      v.                                      Case No. 21-cr-0047-bhl

MAURICE D. CURTIS,

        Defendant.

_____

## FINAL ORDER OF FORFEITURE AND JUDGMENT
_____

On January 12, 2022, the government filed a Motion for Entry of a Final Order and Judgment of Forfeiture (ECF No. 53). Based on the motion and supporting materials, including the declaration of Assistant United States Attorney John P. Scully (ECF No. 54), the government has satisfied the requirements for entry of a forfeiture judgment under 18 U.S.C. §924(d) and 28 U.S.C. §2461(c). Accordingly,

IT IS ORDERED that, pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), the government's Motion for Final Order of Forfeiture and Judgment (ECF No. 53) is GRANTED.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), the United States has clear title to the Taurus, model G2C, 9mm pistol, bearing serial number TLR68046, described in the forfeiture notice of the indictment filed on March 2, 2021, and may dispose of the property according to law.

Dated at Milwaukee, Wisconsin on January 13, 2022.

                               *s/ Brett H. Ludwig*
                               BRETT H. LUDWIG
                               United States District Judge